AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MALIBU MEDIA, LLC

V.

CHAN HWANG

CASE NUMBER: 1:13-cv-07314

ASSIGNED JUDGE: Amy J. St. Eve

DESIGNATED MAGISTRATE JUDGE: Sheila M. Finnegan

TO: (Name and address of Defendant)

Chan Hwang
2413 Cumberland Circle
Long Grove, IL 60047

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary K. Schulz, Esq.
SCHULZ LAW, P.C.
1144 E. State Street, Suite A260
Geneva, Il 60134

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 8, 2014
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action   Malibu Media LLC v. Chan Hwang

| 1:13-CV-07314 | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 1/14/15 |
| NAME OF SERVER (PRINT)  JACOB OSOJNAK | TITLE | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: __EVN HWANG, WIFE__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/15/14__
　　　　　　　　Date

Signature of Server

Address of Server: 5250 OLD ORCHARD RD #300, SKOKIE IL 60077

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

239