

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Malibu Media, LLC        )
                              )        Case No: 13 C 7314
                              )
           v.               )
                              )        Judge Amy J. St. Eve
Chan Hwang             )
                              )
                              )

## ORDER

Plaintiff's motion for default judgment as to Chan Hwang [17] is granted. This case is hereby dismissed without prejudice until 7/11/14. After 7/11/14, said dismissal will be with prejudice. All other pending dates and deadlines are stricken. Enter Default Judgment and Permanent Injunction Against Chan Hwang.

**Dated:** April 11, 2014

ENTERED

AMY J. ST. EVE
**United States District Court Judge**

U.S. DISTRICT COURT
CLERK
2014 MAR -2 AM 6: 57
FD-8
FOR DOCKETING