

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

CHAN HWANG,

    Defendant.

Civil Action No. 1:13-cv-07314

Judge Amy J. St. Eve

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST CHAN HWANG

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment Against Chan Hwang ("Motion"). Having considered the Motion, being otherwise duly advised in the premises, and good cause appearing, the Court hereby

**FINDS:**

1. The address of Plaintiff is:

    409 W. Olympic Blvd., Suite 501
    Los Angeles, CA 90015

2. The name and address of Defendant is:

    Chan Hwang
    2413 Cumberland Circle
    Long Grove, IL 60047

3. This Court has jurisdiction over the subject matter of this case and the parties.

4. Venue is proper in this District.

5. The Amended Complaint states claims for direct copyright infringement, in violation of 17 U.S.C. § 106, and contributory copyright infringement upon which relief may be granted against Defendant.

6. Defendant has failed to plead or otherwise defend against Plaintiff's Amended Complaint in this action.

7. Default was entered as to Defendant on March 12, 2014.

8. Defendant is not a minor, incompetent person or in active military service.

9. By reason of default, Defendant has admitted the truth of the allegations in Plaintiff's Amended Complaint.

10. Under Count I of the Amended Complaint, Defendant is hereby found liable to Plaintiff for willfully committing direct copyright infringement.

11. Defendant will continue to cause Plaintiff irreparable injury. Specifically, there is an existing threat of continued violations of Plaintiff's exclusive rights to reproduce, distribute, perform and display the 78 copyrighted works listed on Exhibit A attached hereto (the "Works") through Defendant's use of the BitTorrent protocol to upload and download the Works between and among peer users without authorization from Plaintiff.

12. There will be no injury to Defendant caused by entry of a permanent injunction requiring Defendant to cease infringing Plaintiff's Works.

13. Entry of a permanent injunction against Defendant is in the public interest because it "preserv[es] the integrity of copyright laws which encourage individual effort and creativity by granting valuable enforceable rights." *DSC Communications Corp. v. DGI Technologies*, 898 F. Supp.1183, 1196 (N.D. Tex. 1995).

14. In accordance with Rule 65(d), Federal Rules of Civil Procedure, this Default Judgment shall be binding upon Defendant and all other persons in active concert or participation with Defendant who receive actual notice of this Default Judgment.

15. Plaintiff has submitted a Declaration demonstrating that Plaintiff expended a total of $1,667.00 in attorneys' fees and costs, which amount this Court finds reasonable.

Based on the foregoing findings, it is:

**ORDERED AND ADJUDGED** that Defendant Chan Hwang:

(a) shall pay to Plaintiff the sum of $58,500.00 ($750 per copyrighted work) in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), and $1,667.00 for attorneys' fees and costs, as authorized under 17 U.S.C. § 505, making a total of $60,167.00;

(b) shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment until the date of its satisfaction;

(c) be and hereby is enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or Plaintiff.

(d) Be and is hereby ordered to destroy all copies of Plaintiff's works that the Defendant Chan Hwang has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant Chan Hwang's possession, custody, or control.

(e)     This case is dismissed without prejudice until July 11, 2014. After July 11, 2014, it will be dismissed with prejudice.

**ORDERED** this 11th day of April, 2014.

By: _____
AMY J. ST. EVE
**UNITED STATES DISTRICT JUDGE**

**Copyrights-In-Suit for IP Address 76.29.89.159**

**ISP:** Comcast Cable
**Location:** Lake Zurich, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 07/06/2013 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 01/10/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 01/11/2013 |
| A Perfect Match | PENDING | 09/10/2013 | 09/12/2013 | 09/13/2013 |
| Alone Is A Dream Left Behind | PENDING | 08/24/2013 | 09/10/2013 | 09/13/2013 |
| Angel Afternoon Delight | PA0001776835 | 02/20/2012 | 02/21/2012 | 09/26/2012 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/22/2013 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 06/17/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/17/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 07/06/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/21/2013 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 09/08/2012 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 09/27/2012 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 09/26/2012 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 10/27/2012 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 09/27/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 10/27/2012 |
| Daydream | PA0001810455 | 10/15/2012 | 10/15/2012 | 10/26/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 09/26/2012 |
| Erotic Stretching and Sex | PENDING | 09/08/2013 | 09/08/2013 | 09/12/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/21/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/22/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/14/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/26/2012 |
| Girls Love Pink and Diamonds | PENDING | 09/05/2013 | 09/08/2013 | 09/12/2013 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 07/26/2013 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 07/26/2013 |
| Her First Threesome | PA0001791349 | 07/27/2011 | 05/25/2012 | 08/16/2013 |
| I Love James Deen | PENDING | 08/20/2013 | 09/10/2013 | 09/13/2013 |
| Ibiza Love | PA0001820855 | 10/29/2012 | 01/13/2013 | 07/05/2013 |
| In Bed | PA0001811897 | 09/21/2012 | 10/28/2012 | 10/27/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 09/26/2012 |
| Intimate Experience | PA0001847657 | 06/10/2013 | 06/18/2013 | 06/17/2013 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 09/21/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 09/09/2012 |
| Made for Each Other | PENDING | 07/31/2013 | 08/29/2013 | 08/04/2013 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 07/25/2013 |
| Malibu Moments | PENDING | 09/03/2013 | 09/08/2013 | 09/13/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 07/05/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/22/2012 |

EXHIBIT A

NIL154-1

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 09/26/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/10/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 07/12/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/20/2013 |
| On My Own | PA0001794965 | 06/04/2012 | 06/08/2012 | 09/26/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/08/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 09/08/2012 |
| Private Time | PA0001804966 | 07/31/2012 | 08/21/2012 | 09/26/2012 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 09/26/2012 |
| Raw Passion | PENDING | 08/18/2013 | 09/02/2013 | 08/21/2013 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 10/27/2012 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/21/2013 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 09/26/2012 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 01/11/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/07/2012 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 07/26/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 08/16/2013 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 09/26/2012 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 07/26/2013 |
| Spontaneous | PENDING | 08/22/2013 | 09/10/2013 | 09/13/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 01/11/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/10/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 07/26/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/04/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/08/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/26/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 09/22/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 09/26/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 09/08/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/26/2012 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 07/25/2013 |
| Wake Me Up Like This | PENDING | 09/01/2013 | 09/08/2013 | 09/12/2013 |
| We Love Ourselves | PENDING | 08/26/2013 | 09/08/2013 | 09/13/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/26/2012 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/25/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 09/27/2012 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 09/08/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 07/06/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 78**

NIL154-1

EXHIBIT A